**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>FIRST NATIONAL BANK OF ARIZONA<br>v.<br>MIDWEST MUTUAL MORTGAGE, INC.<br>MONICA R. GALVAN<br>VILMA DIAZ | Case Number:<br>FILED: JULY 22, 2008<br>08CV4144<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, First National Bank of Arizona

| |
|---|
| NAME (Type or print)<br>Michael J. Weik |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael J. Weik |
| FIRM<br>Smith & Weik, LLC |
| STREET ADDRESS<br>10 S. LaSalle St., Suite 3702 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3125782 | 312-895-4560 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐