IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, as Receiver for ) | |
| First National Bank Of Nevada, ) | |
|                 Plaintiff, ) | |
| v. ) | No. 08 C 4144 |
| ) | |
| MIDWEST MUTUAL MORTGAGE, INC., ) | |
| MONICA R. GALVAN a/k/a MONICA CAYUELA ) | |
| VILMA DIAZ, ) | |
|                 Defendants. ) | |

**NOTICE OF FILING**

TO:    See Attached Service List

      On April 21, 2010, I filed with the Clerk of the U.S. District Court, 219 S. Dearborn St., Chicago, IL, the attached MOTION FOR ENTRY OF DEFAULT JUDGMENT, a copy of which is hereby served upon you.


                                                                     s/Craig C. Smith
                                                                     Attorney for Plaintiff


Craig C. Smith ARDC # 6238126
Smith & Weik, LLC
10 S. LaSalle St., Suite 3702
Chicago, IL 60603
312-443-9540

2

## **PROOF OF SERVICE**

      The undersigned certifies, deposes and says upon oath that the undersigned served the above Notice, together with true and accurate copies of the above stated instruments via electronic filing on April 21, 2010.

Signed and Certified: <u>s/Craig C. Smith</u>

**SERVICE LIST**

Tania G. Cullison, Esq.
Cullison & Cullison, P.C.
6336 N. Cicero, Suite 102
Chicago, IL 60646
cullisonlawyers@sbcglobal.net