# United States District Court
## Northern District of Illinois
Eastern Division

Federal Deposit Insurance Corporation

v.

Midwest Mutual Mortgage, Inc., et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 4144

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Motion for entry of default judgment against all defendants granted.

IT IS HEREBY ORDERED: That judgment is entered in favor of Plaintiff, Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, and against Defendant, Midwest Mutual Mortgage, Inc., on Counts I and III of the Second Amended Complaint, in the amount of $365,169.32.

Judgment is entered in favor of Plaintiff, Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, and against Defendant, Monica R. Galvan a/k/a Monica Cayuela on Count II of the Second Amended Complaint in the amount of $153,539.45.

Judgment is entered in favor of Plaintiff, Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, and against Defendant, Vilma Diaz on Count IV of the Second Amended Complaint, in the amount of $211.629.87.

Michael W. Dobbins, Clerk of Court

Date: 4/22/2010

/s/ End T. Ventura, Deputy Clerk